IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATO INSTITUTE,** <br> 1000 Massachusetts Ave. NW <br> Washington, D.C. 20001 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE,** <br> 950 Pennsylvania Ave, NW <br> Washington, D.C. 20530 <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br> 935 Pennsylvania Ave, NW <br> Washington, D.C. 20535 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff CATO INSTITUTE brings this suit to force Defendant U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION to produce records regarding Field Office File Plans, which are documents each FBI office is required to create according to the Records and Information Management Policy Guide.

## PARTIES

2. Plaintiff CATO INSTITUTE ("CATO") is a public policy research organization—a think tank—dedicated to the principles of individual liberty, limited government, free markets, and peace. Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues. CATO is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MAY 25, 2023 FOIA REQUEST TO FBI

7. On March 8, 2018, CATO submitted a FOIA request to FBI for "Field Office File Plans per 4.3.2 of the Records and Information Management Policy Guide 1223PG."  CATO's FOIA request sought other items as well, but CATO is not challenging the response to the remainder of the FOIA request in this Complaint.

8. A true and correct copy of the original FOIA request is included in Exhibit 1.

9. On June 5, 2023, FBI assigned reference number 1593958-000 to the matter and sought an extension to respond to the request, citing "unusual circumstances." *Id*.

10. On June 15, 2023, FBI stated the request was "overly broad" and "does not provide enough detail to enable personnel to locate records 'with a reasonable amount of effort'." *Id*.

11. On July 5, 2023, CATO administratively appealed FBI's response to the Office of Information Policy.  CATO cited 4.3.2 of the Records and Information Management Policy Guide 1223PG, which states, "all offices, through their designated IAM, must develop a file plan to organize their office's hard copy and electronic nontransitory records (regardless of enclave) and should post the file plan as the first file of each shared drive, SharePoint site, or records storage location."  Plaintiff stated the development and maintenance of said file plans is required by the official FBI records management document cited in the FOIA request. *Id*.

12. On July 5, 2023, OIP confirmed receipt of the appeal and assigned reference number 1593958-000 to the matter. *Id*.

13. On August 31, 2023, OIP affirmed FBI's denial. *Id*.

14. OIP failed to address the policy CATO cited, which calls for all FBI offices to develop and post a file plan.

15. As of the date of this filing, FBI has not produced any records responsive to the request.

## COUNT I – FBI'S FOIA VIOLATION

16. The above paragraphs are incorporated by reference.

17. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

18. Defendant FBI is a federal agency subject to FOIA.

19. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

20. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

21. Defendant FBI has failed to issue a complete determination within the statutory deadline.

22. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

- 4 -

    iv.    award Plaintiff attorneys' fees and costs; and

    v.    award such other relief the Court considers appropriate.

Dated: November 21, 2023

                                        RESPECTFULLY SUBMITTED,

                                        */s/ Matthew V. Topic*

                                        Attorneys for Plaintiff
                                        CATO INSTITUTE,

                                        Matthew Topic, D.C. Bar No. IL0037
                                        Stephen Stich Match, D.C. Bar No. MA0044
                                        Merrick Wayne, D.C. Bar No. IL0058
                                        LOEVY & LOEVY
                                        311 North Aberdeen, 3rd Floor
                                        Chicago, IL 60607
                                        312-243-5900
                                        foia@loevy.com